```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

JUNE MARQUEE LARUN BUSH,

    Plaintiff,

v.                                Case No:   2:18-cv-822-FtM-29NPM

POPEYES CHICKEN, on Palm Beach Blvd. in Fort Myers,

    Defendant.

_____

## **OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #12), filed September 6, 2019, recommending that plaintiff's Amended Complaint (Doc. #4) be dismissed.  Plaintiff filed a "Report and Recommendation" (Doc. #13) on September 23, 2019, which is construed as an objection.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); United States v. Powell, 628 F.3d 1254, 1256 (11th Cir. 2010).  A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1).  See also United States v. Farias-Gonzalez, 556 F.3d 1181, 1184 n.1 (11th Cir. 2009).  This requires that the district

judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong., § 2 (1976)).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

Plaintiff is currently incarcerated at the Jackson Correctional Institution.  On January 14, 2019, the Magistrate Judge issued an Order (Doc. #6) directing plaintiff to submit a completed Affidavit of Indigency and a certified copy of his trust fund account statement for the six (6) months preceding the filing of the Complaint.  When plaintiff failed to comply, the Magistrate Judge issued an Order (Doc. #9) for plaintiff to show cause why the case should not be dismissed for failure to comply with the Magistrate Judge's previous Order (Doc. #6).  Plaintiff failed to respond, and the Report and Recommendation was issued recommending dismissal.

Plaintiff states that defendant "came to the Department of Corrections to evade payments and deliberately sabotaged [his] litigation" by losing his paycheck.  (Doc. #13.)  Even if defendant had misappropriated plaintiff's funds, this has no bearing on plaintiff's failure to comply with the Magistrate Judge's orders.

After a careful and complete review of the findings and recommendations, as well as the record in this case, the Court agrees with the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #12) is hereby **adopted** and the findings incorporated herein.

2. Plaintiff's construed objection (Doc. #13) is **overruled.**

3. The Amended Complaint (Doc. #4) is dismissed without prejudice for failure to comply with the Court's orders. The Clerk shall terminate all deadlines, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this ___25th___ day of September, 2019.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
All Parties of Record